UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:23-cr-36-TAV-DCP-1 ) |
| COREY L SIMMS, | ) ) |
| Defendant. | ) ) |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on October 6, 2023 [Doc. 78], recommending that the Court grant the government's emergency motion [Doc. 48] and that defendant be detained pending his trial. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge Poplin's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 78]. The government's emergency motion [Doc. 48] is **GRANTED**. The release order issued by United States Magistrate Judge Matthew M. Scoble in the District of Alaska on July 20, 2023 (*United States v. Simms*, No. 3:23-mj-00411-KFR-1 (D. Ak. July 20, 2023) [Doc. 11]) is **REVOKED**. Defendant will **REMAIN** in federal custody pending trial.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE